IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ACKERMAN MCQUEEN, INC., MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG, <br>  *Movants*, <br><br> v. <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA and WAYNE LAPIERRE, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § | Miscellaneous Case No. 5:20-mc-00009-PRW |

## JOINT NOTICE OF BANKRUPTCY DISMISSAL

**COME NOW** the Movants and Respondents in the above-captioned matter and, pursuant to the Bankruptcy Administrative Closing Order entered by this Court on January 20, 2021, Doc. No. 17, hereby jointly give notice that the bankruptcy filed by Respondent National Rifle Association of America has been dismissed and the deadline to appeal such dismissal has now passed. Accordingly, the discovery dispute pending at the time of the bankruptcy filing, which was fully briefed, is again at issue. [1]

---

[1] See Doc. No. 1 (Movants' Motion to Quash Third-Party Subpoena), Doc. No. 3 (Respondents' Response), and Doc. No. 9 (Movants' Reply).

Respectfully submitted by:

/s/ *Matthew K. Felty*
Matthew K. Felty, OBA No. 31057
**LYTLE SOULÉ & FELTY, P.C.**
1200 Robinson Renaissance
119 N. Robinson Ave.
Oklahoma City, OK 73120
(405) 235-7471 (Telephone)
(405) 232-3852 (Fax)
mkfelty@lytlesoule.com

**ATTORNEYS FOR RESPONDENTS**

-and-

/s/ *R. Thompson Cooper*
R. Thompson Cooper, OBA No. 15746
**ROBERSON, KOLKER, COOPER, GOERES, P.C.**
16408 Muirfield Pl.
Edmond, OK 73013
(405) 606-3333 (Telephone)
(405) 606-3334 (Fax)
tom@rkcglaw.com

**ATTORNEYS FOR MOVANTS**