## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Date: July 15, 2021

| | | |
|---|---|---|
| ACKERMAN MCQUEEN, INC., MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG, | ) ) ) ) ) ) | |
| Movants, | ) ) | |
| v. | ) ) | Miscellaneous Case No. 5:20-mc-00009-PRW |
| NATIONAL RIFLE ASSOCIATION OF AMERICA AND WAYNE LAPIERRE, | ) ) ) | |
| Respondents. | ) | |

**ENTER ORDER:**

    On January 15, 2021, the Respondents filed a Notice and Suggestion of Bankruptcy for the National Rifle Association of America and Sea Girt LLC (Dkt. 16), and this matter was stayed pending the termination of the Bankruptcy proceeding.   On June 30, 2021, the Parties filed a Joint Notice of Bankruptcy Dismissal (Dkt. 18), notifying the Court that the Respondent National Rifle Association of America's bankruptcy case has now dismissed and the deadline to appeal the dismissal has passed.   Accordingly, the Court hereby **LIFTS** the stay entered in this case and **REOPENS** this matter for further proceedings.

**By direction of Judge Patrick R. Wyrick, we have entered the above enter order.**

                                              Carmelita Reeder Shinn, Court Clerk

                                              By: s/*Kathy Spaulding*
                                                     Deputy Clerk